UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 20-06295-RGK | Date | August 4, 2020 |
|---|---|---|---|
| Title | *IN RE BERND SCHAEFERS* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | NA |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

      On August 3, 2020, an Appeal Deficiency Notice was filed indicating that the Appellant has failed to file Statement of Issues, Designation of Record and Notice of Transcript, as required by FRBP 8003 and 8009 [7]. The Appeal Deficiency Notice also informed this Court that Appellant has failed to pay the Filing Fee for Notice of Appeal, despite notification by the Court on July 15, 2020.
.
      Accordingly, the court, on its own motion, orders appellant to show cause **in writing** on or before **August 14, 2020** why this action should not be dismissed for lack of prosecution.

      **IT IS SO ORDERED.**

                                                                                                       :

Initials of Preparer    slw