# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-06295-RGK | Date | August 19, 2020 |
| Title | *IN RE: BERND SCHAEFERS* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Dismissing Bankruptcy Appeal

On August 4, 2020, the Court issued an OSC re Dismissal for Lack of Prosecution. Appellant was ordered to show cause in writing no later than August 14, 2020, why Appellant had failed to cure the deficiencies noticed by the Court on August 3, 2020. Those deficiencies include failure to file a Statement of Issues, Designation of Record and Notice of Transcript, as well as the failure to pay the filing fee for Notice of Appeal, despite notification by the Court on July 15, 2020.

On August 18, 2020, Appellant filed a Designation of Record, designating four items from the record on appeal. It is unclear whether Appellant intended this filing to be an untimely response to the August 4 OSC. In any event, the Appellant has failed to timely respond in full to the various deficiencies noted in the August 3, Notice of Deficiency. Based on the foregoing, the Court hereby **dismisses** Appellant's Bankruptcy Appeal for lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer  _____